

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00330-CV

| | | |
|---|---|---|
| REMBERT ENTERPRISES, INC., Appellant | § § | On Appeal from the 367th District Court |
| | § | of Denton County (16-10107-367) |
| V. | § | July 25, 2019 |
| 1309, LLC, CHARLIE CUMMINGS, AND JO CUMMINGS, Appellees | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment.  It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Rembert Enterprises, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
　　Chief Justice Bonnie Sudderth